UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. **'08 MJ 0817** |
| Plaintiff, | |
| | COMPLAINT FOR VIOLATION OF |
| v. | |
| | Title 8, U.S.C., Section 1326 |
| **Ruben RODRIGUEZ** | Attempted Entry After |
| **AKA: Jose Luis OLIVARES** | Deportation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **March 13, 2008**, within the Southern District of California, defendant **Ruben RODRIGUEZ AKA: Jose Luis OLIVARES,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 14th DAY OF **March, 2008.**

UNITED STATES MAGISTRATE JUDGE

## Probable Cause Statement

On March 13, 2008 at approximately 7:08 PM., a male individual later identified as **Ruben RODRIGUEZ (Defendant)**, made application for admission into the United States from Mexico through the pedestrian primary lanes at the San Ysidro, California Port of Entry. Defendant presented himself for inspection before a Customs and Border Protection (CBP) Officer and stated he was a United States citizen and was en route to San Diego, California. Defendant was unable to provide any valid entry or identification documents and the CBP Officer decided to escort him to secondary for further inspection.

During secondary inspection, Defendant's fingerprints were obtained and queried through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported/removed alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) also confirmed Defendant to be a citizen of Mexico without legal documents to enter the United States. CIS and DACS system queries revealed Defendant was administratively removed from the United States to Mexico on or about July 31, 1998, January 10, 2002, and December 8, 2005. Additionally, Defendant was ordered deported from the United States by an Immigration Judge on March 6, 2008. Immigration service records indicate no evidence that Defendant has applied for, or received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re enter the United States.